| (Official Form) (9/01) | | |
|---|---|---|
| Form B1 | **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A.B.DICK COMPANY** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>04-3892065 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>7400 Caldwell Avenue<br>Niles, IL 60714 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook County, IL** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **See attached Schedule 1.** | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13 | |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 $1 million | $1,000,000 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 $1 million | $1,000,000 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**A.B. DICK COMPANY** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (if more than one, attach additional sheet)** | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:    See Annex A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>_____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>_____<br>Signature of Attorney for Debtor(s)    Date |
| Signature of Attorney<br>*/s/ Frederick B. Rosner/*<br>Signature of Attorney for Debtor(s)<br>**Frederick B. Rosner**<br>Printed Name of Attorney for Debtor(s)<br>**Jaspan Schlesinger Hoffman LLP**<br>Firm Name<br>**1201 North Orange Street, Suite 1001**<br>**Wilmington, DE 19801**<br>Address<br>**302/351-8000/8005**<br>Telephone Number<br>**July 13, 2004**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |
| Signature of Debtor (Corporation/Partnership)<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>*/s/ Jeffrey S. Herden/*<br>Signature of Authorized Individual<br>**Jeffrey S. Herden**<br>Printed Name of Authorized Individual<br>**Secretary**<br>Title of Authorized Individual<br>**July 12, 2004**<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a coy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

## SCHEDULE 1
### Asset Locations

| Entity Name | Address | City, State, Zip | County |
|---|---|---|---|
| Arlington Heights-DC | 455 E. Algonquin Road | Arlington Heights, IL  60005 | Cook |
| Des Plaines-DC | 201 Oakton Street | Des Plaines, IL  60018 | Cook |
| Rochester | 811 Jefferson Road | Rochester, NY  14623 | Monroe |
| Denver-DC | 2500 West 8th Avenue, #B | Denver, CO  80204 | Denver |
| Fresno-DC | W. 4057 Shaw Avenue, #110 | Fresno, CA  93722 | Fresno |
| Harrisburg-DC | 1549 Bobali Drive | Harrisburg, PA  17104 | Dauphin |
| Irving-DC | 2749 W. Airport Freeway | Irving, TX  75062 | Dallas |
| St. Louis | 914 South Highway Drive | Fenton, MO  63026 | St. Louis |
| Interactive Media Group | 190 N. Main Street | Akron, OH  44304 | Summit |

# ANNEX A

Each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and contemporaneously requested that their chapter 11 cases be jointly administered and consolidated for procedural purposes only.

A.B.Dick Company

Interactive Media Group, Inc.

Multigraphics LLC

Paragon Corporate Holdings, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------x
In re                                    :    Chapter 11
                                         :
A.B.DICK COMPANY,                        :    Case No. 04-_____ (___)
                                         :
        Debtor.                          :
------------------------------------------------x

## RESOLUTION

Attached hereto is a copy of the *Secretary's Certificate of A.B.Dick Company* (the "Debtor"), dated July 12, 2004, reflecting adoption of the attached Corporate Resolutions authorizing, among other things: (i) the filing of the voluntary petition commencing this case; and (ii) certain of the Debtor's officers to, among other things, execute, deliver or cause to be filed necessary or appropriate documents in connection with the above-captioned case.

Dated: Cleveland, Ohio           Respectfully submitted,
       July 13, 2004

                                 _____
                                 H. Jeffrey Schwartz   (OBR #0014307)
                                 John A. Gleason       (OBR #0039150)
                                 Michael D. Zaverton   (OBR #0038597)
                                 BENESCH, FRIEDLANDER,
                                   COPLAN & ARONOFF LLP
                                 2300 BP Tower
                                 200 Public Square
                                 Cleveland, OH 44114-2378
                                 (216) 363-4500
                                 (216) 363-4588 (Facsimile)
                                 jschwartz@bfca.com
                                 jgleason@bfca.com
                                 mzaverton@bfca.com

                                 Proposed Attorneys for A.B.Dick Company, *et al.*,
                                 Debtors and Debtors in Possession

                                                           and

_____
Frederick B. Rosner, Esq. (No. 3995)
JASPAN SCHLESINGER HOFFMAN LLP
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
Telephone: 302-351-8000/8005
Facsimile: 302-351-8010
frosner@jshllp-de.com

Proposed Local Counsel for A.B. Dick Company, *et al.*, Debtors and Debtors in Possession

2

## SECRETARY'S CERTIFICATE OF A.B.DICK COMPANY

The undersigned secretary of A.B.Dick Company (the "Company"), hereby certifies that on July 9, 2004, the Board of Directors of the Company duly adopted the following resolutions:

RESOLVED, that the Company be, and it hereby is authorized and directed to (i) file a voluntary petition for reorganization pursuant to chapter 11 of Title 11 (the "Bankruptcy Code") of the United States Code and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is further

RESOLVED, that the President and Chief Executive Officer, or the Vice President and Chief Financial Officer, or the Secretary of the Company (each, an "Officer" and collectively, the "Officers"), shall be, and each of them hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to chapter 11 of the Bankruptcy Code and (ii) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer or Officers so acting may approve; and it is further

RESOLVED, that the Company, as debtor or debtor in possession under chapter 11 of the Bankruptcy Code, may negotiate and enter into such debtor in possession financing agreements with KeyBank National Association and Presstek, Inc. and, in connection therewith, may borrow funds from such lenders in such amounts and on such terms as may be deemed by the Officer or any Officers as reasonably necessary for the continuing conduct of the affairs by the Company and may grant security interests in or liens upon all or substantially all of the Company's assets as may be deemed necessary by such Officer of Officers in connection with such borrowings; and it is further

RESOLVED, that any Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, either as debtor or debtor in possession under chapter 11 of the Bankruptcy Code or prior to commencement of any such case, such agreements, instruments, and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the immediately foregoing resolution (the "Financing Documents") and that the Financing Documents containing such provisions, terms conditions, covenants, warranties and representations as may be deemed necessary or appropriate by such Officer hereby are approved; and it is further

RESOLVED, that the Company may enter into an Asset Purchase Agreement (the "APA") with Presstek, Inc. and Silver Acquisitions Corp. in substantially the form reviewed by the Directors and that any Officer shall be, and hereby is, authorized to finalize negotiations on the APA and execute and deliver the APA and all related documents or agreements for and on behalf of the Company on such terms as may be deemed by the Officer or any Officers to be necessary or appropriate;

RESOLVED, that the law firm of Benesch, Friedlander, Coplan & Aronoff LLP shall be, and it hereby is, authorized and empowered to represent the Company, as debtor and debtor in possession, to render services as bankruptcy reorganization counsel in connection with the chapter 11 case and any other related matters in connection therewith; and it is further

RESOLVED, that the law firm of Jaspan Schlesinger Hoffman LLP be, and it hereby is, authorized and empowered to represent the Company, as debtor and debtor in possession, to render services as local bankruptcy reorganization counsel, in connection with the chapter 11 case and any other related matters in connection therewith; and it is further

RESOLVED, that the law firm of Squire Sanders & Dempsey, LLP be, and it hereby is, authorized and empowered to represent the Company, as debtor and debtor in possession, to render services as special corporate counsel, in connection with the chapter 11 case and any other related matters in connection therewith; and it is further

RESOLVED, that Candlewood Partners, LLC be, and it hereby is, authorized and empowered to be retained to provide financial advisory services to the Company, as debtor and debtor in possession, upon the terms and conditions as the Officer or Officers shall approve, in furtherance of these resolutions and in connection with the chapter 11 case and any other related matters in connection therewith; and it is further

RESOLVED, that the Officers or any Officer shall be, and each of them hereby is, authorized and empowered to retain on behalf of the Company, such other attorneys, financial advisors, investment bankers, accountants, and other professionals as the Officer or Officers shall deem appropriate in his or their judgment; and it is further

RESOLVED, that the Officers or any Officer shall be, and each of them hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer or Officers so acting shall deem appropriate in his or their judgment to fully carry out the intent and accomplish the purposes of these resolutions; and it is further

RESOLVED, that the Officers or any Officer shall be, and each of them hereby is, authorized and empowered to appear and testify on behalf of the Company in any hearings or proceedings arising in or related to any case commenced by it or against it under the Bankruptcy Code, including, without limitation, the meeting of creditors held pursuant to section 341 of the Bankruptcy Code; and it is further,

RESOLVED, that all of the acts and transactions of any one or more of the Officers or the Board of Directors of the Company, which have been taken, caused to have been taken or made prior to the effective date of these resolutions in connection with the matters set forth in these resolutions, are hereby ratified, confirmed, and approved.

I further certify that the Resolutions set forth above have not been modified or rescinded in any respect, are still in full force and effect, and conform with the character and by-laws of the Company.

IN WITNESS WHEREOF, I have executed this Certificate in the name and on behalf of the Company this 12th day of July, 2004.

_____
Jeffrey S. Herden, Secretary

Form 4. LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

United States Bankruptcy Court
District of Delaware

In re: A.B.DICK COMPANY, *et al.*,
        Debtors

Case No.

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the debtors' creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. Unless otherwise indicated, the list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1. MHR Institutional Partners LP<br>c/o MHR Fund Management, L.L.C.<br>40 West 57th Street<br>Thirty-Third Floor<br>New York, NY 10019 | Contact: Mark H. Rachesky<br>Phone: 212-262-0005<br>Fax: 212-262-0005 | Promissory Note | Disputed. Subject to recharacterization as equity. Alleged insider. | $11,893,875 |
| 2. Delaware Asset Management<br>c/o Wells Fargo Bank Minnesota, N.A.<br>Corporate Trust Services<br>MAC N9303-120<br>Sixth and Marquette<br>Minneapolis, MN 55479-0069 | Contact: Thomas M. Korsman<br>Michael Lechner<br>Phone: 612-316-4305<br>Fax: 612-667-9825 | Promissory Notes | | 5,780,000 |
| 3. MHR Capital Partners LP<br>c/o MHR Fund Management, L.L.C.<br>40 West 57th Street<br>Thirty-Third Floor<br>New York, NY 10019 | Contact: Mark H. Rachesky<br>Phone: 212-262-0005<br>Fax: 212-262-0005 | Promissory Note | Disputed. Subject to recharacterization as equity. Alleged insider. | 5,196,625 |
| 4. Cleveland Union<br>c/o Al Lewis<br>UAW<br>Region 2B<br>1691 Woodlands Drive<br>Maumee, OH 43537 | Contact: Al Lewis<br>Phone: 419-893-4677<br>Fax: 419-893-4073 | Retiree Benefits | | 3,009,256 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 5. John P. Kirwan<br>225 Franklin Street<br>Boston, MA 02110 | Contact: John Kirwan<br>Phone:<br>Fax: | Promissory Note | Disputed. Subject to recharacterization as equity. | 2,689,525 |
| 6. OBIE & Co.<br>c/o JP Morgan Chase<br>Attn: Carolyn Jernagin<br>811 Rusk Street<br>18-HCB-340<br>Houston, TX 77072 | Contact: Carolyn Jernagin<br>Phone:<br>Fax: | Promissory Notes | Disputed. Subject to recharacterization as equity. | 1,602,275 (aggregate) |
| 7. FAMCO Value Income Partners[1] | Contact: See Exhibit A<br>Phone:<br>Fax: | Promissory Notes | Disputed. Subject to recharacterization as equity. | 1,487,825 (aggregate) |
| 8. Mitsubishi Imaging (MPM) Inc.<br>5505 N. Cumberland Avenue<br>Suite 307<br>Dept. CH17137<br>Chicago, IL 60656-1471 | Contact: Donald Bowin<br>Phone: 914-925-3219<br>Fax: 914-921-2495 | Trade Debt | | 1,394,713 |
| 9. MHRM LP<br>c/o MHR Fund Management, L.L.C.<br>40 West 57th Street<br>Thirty-Third Floor<br>New York, NY 10019 | Contact: Mark H. Rachesky<br>Phone: 212-262-0005<br>Fax: 212-262-0005 | Promissory Note | Disputed. Subject to recharacterization as equity. Alleged insider. | 1,272,650 |
| 10. Konica Business Technologies<br>500 Day Hill Road<br>Windsor, CT 06095 | Contact: Jun Haraguchi<br>Phone: 860-683-2222 xt 2061<br>Fax: 860-285-0858 | Trade Debt | | 960,087 |
| 11. Esko Production A/S<br>Industriparken 35-37<br>DK-2750 Ballerup<br>Denmark | Contact: Kim Graven-Nielsen<br>Phone: 32 9 216 95 11<br>Fax: 32 9 216 94 98 | Trade Debt | | 954,761 |
| 12. Ohio EPA<br>Lazarus Government Center<br>122 S. Front Street<br>Columbus, OH 43215-1099<br><br>and<br><br>Datacard Corporation<br>c/o Dorsey & Whitney<br>50 S. 6th Street<br>Suite 1500<br>Minneapolis, MN 55402 | Contact: Joe Trochio<br>Phone: 614-644-3020<br>Fax: 614-644-2329<br><br><br><br>Contact: B. Andrew Brown<br>Phone: 612-340-2600<br>Fax: 612-340-8800 | Environmental Claim | | 677,779 (aggregate) |

---

[1] Exhibit A attached hereto describes the Promissory Notes relative to the FAMCO Value Income Partners.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 13. Elof Hansson K.K.<br>302 Shuwa No. 2<br>Taranomon Building<br>21-19 Taranomob 1-Chome<br>Minato-Ku Tokyo 105<br>Japan | Contact: Yoshiyuki Tanno<br>Phone: 011 03 3503 6161<br>Fax: 011 03 3503 6060 | Trade Debt | | 568,933 |
| 14. BNY Clearing Services LLC<br>Reorganization Department<br>4th Floor<br>111 East Kilbourn Avenue<br>Milwaukee, WI 53202 | Contact:<br>Phone:<br>Fax: | Promissory Note | Disputed. Subject to recharacterization as equity. | 561,950 |
| 15. Global Graphics Software Inc.<br>5875 Trinity Parkway<br>Suite 110<br>Centreville, VA 20120 | Contact: Ron Rame<br>Phone: 703-543-1046<br>Fax: 609-530-9430 | Trade Debt | | 346,250 |
| 16. HT Specialty Inc.<br>622 Pullman Avenue<br>Rochester, NY 14615 | Contact: Russell Thiel<br>Phone: 585-458-4060<br>Fax: 585-458-7592 | Trade Debt | | 314,187 |
| 17. Braden-Sutphin Ink Co.<br>3650 East 93rd Street<br>Cleveland, OH 44105 | Contact: Jim Leitach<br>Phone: 800-289-6872<br>Fax: 216-271-1080 | Trade Debt | | 306,104 |
| 18. Presstek<br>55 Executive Drive<br>Hudson, NH 03051 | Contact: Patti Dupont<br>Phone: 603-594-8585<br>Fax: 603-386-6111 | Trade Debt | | 292,162 |
| 19. FAMCO Offshore Ltd. Distributees[2] | Contact: See Exhibit B<br>Phone:<br>Fax: | Promissory Notes | Disputed. Subject to recharacterization as equity. | 286,125 (aggregate) |
| 20. Ernst & Young LLP<br>5 Times Square<br>New York, NY 10036 | Contact: Michael Mazzeo<br>Phone: 212-773-3000<br>Fax: 212-773-6350 | Trade Debt | | 265,209 |
| 21. Varn Products Company Inc.<br>P.O. Box 828730<br>Philadelphia, PA 19182-8563 | Contact: Bill Bach<br>Phone: 800-877-8187<br>Fax: 937-226-1466 | Trade Debt | | 262,134 |
| 22. BBA Nonwovens Simpsonville Inc.<br>One Lakeview Place<br>Suite 204<br>Nashville, TN 37214 | Contact: Paul Leahy<br>Phone: 615-847-7098<br>Fax: 864-962-2034 | Trade Debt | | 253,165 |
| 23. Base Line Inc.<br>5103 D Street NW<br>Auburn, WA 98001 | Contact: Howard Harper<br>Phone: 800-872-0075 x1107<br>Fax: 253-852-6796 | Trade Debt | | 232,880 |
| 24. Van Son Holland Ink Corp.<br>92 Union Street<br>Mineola, NY 11501 | Contact: Bob Langer<br>Phone: 800-645-4182<br>Fax: 516-294-8608 | Trade Debt | | 224,279 |

---

[2]   Exhibit B attached hereto describes the Promissory Notes relative to the FAMCO Offshore Ltd. Distributees.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 25. Kodak Polychrome Graphics LLC<br>Attn: Lori Tremonte<br>401 Merritt 7<br>Norwalk, CT 06851 | Contact: Joe Wagner<br>Phone: 203-845-7008<br>Fax: 203-845-7039 | Trade Debt | | 209,458 |
| 26. Microtek Lab Inc.<br>16941 Keegan Avenue<br>Carson, CA 90746 | Contact: Bilkis Yaboob<br>Phone: 310-687-5800<br>Fax: 310-687-5981 | Trade Debt | | 184,868 |
| 27. Baumfolder Corp.<br>1660 Campbell Road<br>Sidney, OH 45365 | Contact: Linda<br>Phone: 800-543-6107 x266<br>Fax: 800-452-0947 | Trade Debt | | 184,679 |
| 28. Ohio Bureau of Workers' Compensation<br>30 W. Spring Street<br>Columbus, OH 43215-2256 | Contact: Jennifer Gropper<br>Phone: 614-644-5062<br>Fax: 614-719-5314 | Employee Benefits | | 162,978 |
| 29. Liberty Mutual<br>900 N. National Parkway<br>Schaumberg, IL 60173 | Contact:<br>Phone: 847-413-9101 xt. 305<br>Fax: 847-517-1452 | Employee Benefits | | 151,816 |
| 30. Emkay<br>P.O. Box 92047<br>Chicago, IL 60675-2047 | Contact:<br>Phone:<br>Fax: | Trade Debt | | 131,550 |

In re: A.B.DICK COMPANY, *et al.*,　　　　　　　　　　　　Case No.
　　　　　　Debtors

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date_____　　　　Signature_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor


Date_____　　　　Signature_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor (if any)
　　　　　　　　　　　　　　　　　　　　　　　　　*[If joint case, both spouses must sign.]*

\* \* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

Date___July 12, 2004_____　　　　Signature _[signed]_____

　　　　　　　　　　　　　　　　　　　　　　　　___Jeffrey S. Herden, Secretary___
　　　　　　　　　　　　　　　　　　　　　　　　*[Print or type name of individual signing on behalf of debtor]*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*


*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# EXHIBIT A

Promissory Notes for the FAMCO Value Income Partners in the aggregate amount of $1,487,825 are being held by the following institutions:

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Smith Barney Inc.<br>1014 Santa Barbara Street<br>Santa Barbara, CA 93101 | Contact: Elaine Dodson<br>Phone: 805-654-7988<br>Fax: | Promissory Note[1] | | |
| Bear Stearns Securities Corp.<br>Attn: Free Receives-Cashiers Dept.<br>One Metrotech Center North<br>4th Floor<br>Brooklyn, NY 11201-3859 | Contact:<br>Phone:<br>Fax: | Promissory Notes[2] | | |
| Bear Stearns Securities Corp.<br>One Metrotech Center North<br>4th Floor Cage<br>Brooklyn, NY 11201 | Contact: Monica Gomez<br>Phone: 301-201-2666<br>Fax: | Promissory Notes[3] | | |
| Charles Schwab & Co. Inc.<br>Attn: Transfer of Accounts<br>101 Montgomery Street<br>San Francisco, CA 94104 | Contact: Rachel Ager<br>Phone: 800-929-5179<br>Fax: | Promissory Note[4] | | |
| DTC New York Window<br>55 Water Street<br>3rd Floor, South Building<br>New York, NY 10041 | Contact: Chris Dorst<br>Phone: 414-225-4653 or 212-855-2401<br>Fax: | Promissory Note[5] | | |

---

[1] Promissory Note in the name of Gayle Adams.

[2] Promissory Notes in the names of: Ted Bloch; Anthony and Catherine Chanin; Barry Collen; Milton S. Kiver Living Trust; Henry M. Staley, TTEE of the Henry M. Staley Trust; Arnold Thaler, Thaler Viewmaster L.P. Trust; Raffy P. Ardhaldjian, TTEE for the Raffy P. Ardhaldjian Living Trust; Randall Babtkis and Carolyn Cooke, husband and wife, joint owners, community property; Meribeth J. Brand; Condor Partners, L.P.; John Diebold; Douglas J. Herst and Carolen Herst, TTEEs for the Herst Family Revocable Trust; David S. Hirsch; Ellen Hirsch; Anand and Neeta Khubani; Dennis Korn IRA; Noel P. Lindsay, Jr.; Pamela Painter Macauley IRA; Eleanor Bingham, TTEE for the Eleanor Bingham Miller Revocable Trust; Tannenbaum Helpern Syracuse & Hirschtritt Investment Associates LLC; David Overton; David Overton, TTEE for the Adam Overton Trust; RGC Inc. #1; RGC Inc. #2; Sharon E. Sigesmund TTEE for the SES Trust; Diane K. Shah, TTEE for the Diane K. Shah Living Trust; James and Sharon Taylor; Herman and Jacquaeline Trotsky; New Millenium Trust Company LLC, TTEE FBO Mary M. Zins IRA; Stephanie DeQuis & Kenneth B. Funsten Investment Account; Marie T. McMahon; and W. William Smethurst.

[3] Promissory Notes in the names of: Colony Partners, a California General Partnership; Bryan Ezralow, TTEE of the Bryan Ezralow 1994 Trust; Marc Ezralow, TTEE of the Marc Ezralow 1997 Trust; and Marshall Ezralow, Renette Ezralow, Marc Ezralow, Bryan Ezralow Co. TTEEs of the Ezralow Family Trust.

[4] Promissory Note in the name of George Deubel Family Trust.

[5] Promissory Note in the name of Amanda Drew Griffin Loud Revocable Trust.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pershing<br>Attn: Domestic Clearance 9th Floor<br>One Pershing Plaza (lobby)<br>Grove Street PATH Station<br>Jersey City, NJ 07399 | Contact:  Luis Luna<br>Phone:     213-437-2551<br>Fax: | Promissory Notes[6] | | |
| Henry M. Staley & Bank of America Co-Trustees<br>c/o Bank of America<br>Attn: Stephen Zimmer<br>231 S. LaSalle Street<br>Mail Code IL-231-02-40<br>Chicago, IL 60697 | Contact:  Patricia Lundy<br>Phone:     312-828-3682<br>Fax: | Promissory Note[7] | | |
| Neuberger Berman, LLC<br>Attn: Arthur LaBow<br>605 Third Avenue<br>38th Floor<br>New York, NY 10158 | Contact:  Stuart Shikiar<br>Phone:     212-888-6565<br>Fax: | Promissory Note[8] | | |
| Charles Schwab & Co.<br>Attn: Transfer of Accounts<br>4722 N. 24th Street<br>Suite 400<br>Phoenix, AZ 85016 | Contact:<br>Phone:     800-515-2157<br>Fax: | Promissory Note[9] | | |
| UBS Paine Webber<br>888 San Clemente Drive<br>Suite 400<br>Newport Beach, CA 92660 | Contact:  June Bahr<br>Phone:     949-467-6000<br>Fax: | Promissory Note[10] | | |
| Bear Stearns Securities Corp.<br>DTC New York Window<br>55 Water Street<br>Plaza Level, South Building<br>New York, NY 10041 | Contact:  Shar Landsman<br>Phone:     415-288-2319<br>Fax: | Promissory Notes[11] | | |

---

[6]  Promissory Notes in the names of: Rosetree Partners and Laurence Rosenzweig.

[7]  Promissory Note in the name of Lenore M. Schmick Trust.

[8]  Promissory Note in the name of Paul A. Brooke.

[9]  Promissory Note in the name of Carolyn S. Charlton, TTEE, Steven L. Charlton Revocable Living Trust.

[10]  Promissory Note in the name of Brad DeKoning.

[11]  Promissory Notes in the names of: Phil Lerner, TTEE for the Floorcraft Profit Sharing Trust and Philip A. Lerner and Marjorie J. Lerner, TTEEs for the Philip A. Lerner and Marjorie J. Lerner Living Trust.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lehman Brothers<br>1100 Glendon Avenue<br>11th Floor<br>Los Angeles, CA 90024 | Contact: Elissa Lachman<br>Phone: 310-481-4117<br>Fax: | Promissory Notes[12] | | |
| Ingalls & Snyder LLC<br>61 Broadway<br>31st Floor<br>New York, NY 10006-2802 | Contact: Bill Hayes<br>Phone: 212-269-7800<br>Fax: | Promissory Notes[13] | | |
| Salomon Smith Barney<br>787 7th Avenue<br>36th Floor<br>New York, NY 10019 | Contact: Haigh Cundey<br>Phone: 212-492-6779<br>Fax: | Promissory Note[14] | | |
| Chase Manhattan Bank<br>4 New York Plaza<br>Ground Floor-Receive Window<br>New York, NY 10005 | Contact: Elizabeth Oliva-Kong<br>Phone: 212-899-7553<br>Fax: | Promissory Note[15] | | |
| NSCC New York Window<br>55 Water Street<br>Concourse Level, South Bldg.<br>New York, NY 10041 | Contact: Sheila Wong<br>Phone: 415-288-2406<br>Fax: | Promissory Note[16] | | |
| Spyglass Trading, L.P.<br>c/o Dennis Greer<br>8201 Preston Road<br>Suite 440<br>Dallas, TX 75225 | Contact: Dennis Greer<br>Phone: 214-692-3662<br>Fax: | Promissory Notes[17] | | |
| DTC New York Window<br>55 Water Street<br>3rd Floor-Plaza Level<br>New York, NY 10041 | Contact: Keith O'Connor<br>Phone: 212-762-5159<br>Fax: | Promissory Note[18] | | |
| Morgan Stanley<br>1225 Prospect Street<br>La Jolla, CA 92037 | Contact: Anthony Friend<br>Phone: 858-729-5000<br>Fax: | Promissory Note[19] | | |

---

[12] Promissory Notes in the names of: Point Enterprises LLC #1 and Point Enterprises LLC #2.

[13] Promissory Notes in the names of: Helzel Kirschman, L.P. and Leo B. and Florence Helzel, TTEEs for the Leo B. Helzel and Florence Helzel Living Trust.

[14] Promissory Note in the name of Stuart M. Johnson.

[15] Promissory Note in the name of Miltrust, LLC.

[16] Promissory Note in the name of Quacking Moose Fund, LLC.

[17] Promissory Notes in the names of: Rainbow Trading Corporation and Rainbow Trading Systems, Inc.

[18] Promissory Note in the name of RBC Alternative Assets, L.P.

[19] Promissory Note in the name of Stanley W. Sokoloff, TTEE for the Sokoloff Family Trust.

# EXHIBIT B

Promissory Notes for the FAMCO Offshore Ltd. Distributees in the aggregate amount of $286,125 are being held by the following institutions:

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bear Stearns Securities Corp.<br>Attn: Free Receives-Cashiers Dept.<br>One Metrotech Center North<br>4th Floor<br>Brooklyn, NY 11201-3859 | Contact:<br>Phone:<br>Fax: | Promissory Notes[1] | | |
| Bessemer Trust<br>100 WoodbridgeCenter Drive<br>Woodbridge, NJ 07095-1191 | Contact: Olga Ilemensky, Custody Dept.<br>Phone: 732-694-5557<br>Fax: | Promissory Note[2] | | |
| DELPHI<br>153 East 53rd Street<br>49th Floor<br>New York, NY 10022 | Contact: Chad Coulter or Aaron Fischer<br>Phone: 212-838-7000<br>Fax: | Promissory Note[3] | | |
| First Clearing Corporation<br>Attn: Security Control-WF1200<br>10700 Wheat First Drive<br>Glen Allen, VA 23060 | Contact: Sandy Rollins<br>Phone: 949-476-5129<br>Fax: | Promissory Note[4] | | |

---

[1] Promissory Notes in the names of: Marc L. Abramowitz Charitable Remainder Trust; J. John Stasikowski IRA; William J. von Liebig 1994 Charitable Remainder Unitrust; David Hirsch IRA; Diebold Institute; and FamCo Profit Sharing Plan and Retirement Trust.

[2] Promissory Note in the name of Rockwell A. Schnabel IRA.

[3] Promissory Note in the name of Inman Partners LLC.

[4] Promissory Note in the name of Carlton Reed Bingham IRA.